RECEIVED
SEP 09 2026
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
DIVISION

Sara Rachel Jackson

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v. Michael Francis Stecher

*(Write the full name of each defendant. The caption must include the names of all of the parties. Fed. R. Civ. P. 10(a). Merely listing one party and writing "et al." is insufficient. Attach additional sheets if necessary.)*

**Complaint for a Civil Case**

Case No.
*(to be assigned by Clerk of District Court)*

Plaintiff requests trial by jury:
☐ Yes ☒ No

## CIVIL COMPLAINT

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepaying fees or costs.*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Sara Jackson an |
| Street Address | 4650 South Grand Blvd |
| City and County | St. Louis MO |
| State and Zip Code | MO 63111 |
| Telephone Number | 3145569484 |
| E-mail Address | 205sarajackson@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | St. Louis City family courts State of missouri |
| Job or Title | Judge Michael Francis Stelzer |
| Street Address | 920 North Vandeventer |
| City and County | Saint louis, Mo 63108 |
| State and Zip Code | MO 63108 |
| Telephone Number | 314-N/A |
| E-mail Address | N/A |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)*

### A. Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Provisions that are an issue in this case are no severe neglect has been done or was being done to my Children when this person, put my Children danger changing the narrative at a court setting for other Children, whom I'm asking for back, having to bring my other Children. So violating 14th Amendment Procedural Due Process and 4th Amendment also the removal is on the parking lots of this building security use severe excess force to remove the children causing almost death of the mother.

### B. Suit against the Federal Government, a federal official, or federal agency

List the federal officials or federal agencies involved, if any.

Security Staff working on August 4th in the security position. around between 9am - 1pm 3 members of the Staff all at once attacked. Division of Social Services - Childrens Division Also Directors Courts Spoke person

### C. Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

1. The Plaintiff(s)

The plaintiff, *(name)* Sara Jackson, is a citizen of the State of *(name)* Missouri.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

If the defendant is an individual

The defendant, *(name)* Michael Francis Stelzer, is a citizen of the State of *(name)* Missouri *Or* is a citizen of *(foreign nation)* Germany.

If the defendant is a corporation

The defendant, *(name)* Juvenile Family court State of Missouri St. Louis City is incorporated under the laws of the State of *(name)* Missouri, and has its principal place of business in the State of *(name)* Missouri *Or* is incorporated under the laws of the State of *(foreign nation)* ______, and has its principal place of business in *(name)* ______.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*: 15 million at stake, counting intrest costs of court because the State needs sued.

## III. Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

On August 4th 2026 at 8:30am I arrived at 920 North vandeventer Alone with my children. 2 children With me, I left my court hearing after judge decided no change will be made. With my 2 children I walk out the court room outside down the street to the store. At 11am the court started the hearing It ended at 11:30am As I arrived back to the parking lot to a park vehicle, at about 12:30 noon. 3 security from the court approach me with no papers no conversatio and attempting to detour the didn't work, holding my 2 children, In my hands as the approched I had sat them in the car, As the guards didn't speak or turn to go away. The sudden bashes to my head happened about 7 punches and After I was cuffed and let out a cell 3 minutes later, my children, were not offered back. And the DJO Darrell yates brought papers to my home address listed. Not informing me the hearing as I can't read, also due to illicit substances all over things. but because he also does nt have respect. for a mother custody over her child. One thats capable.

## IV. Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

Briefly and precisley my concern is if my children are in need of breast milk and comfort that was removed inadequetly an incorrectly by viaalation due process and returning them 1st is a start.

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes [X] No [ ]

Do you claim actual damages for the acts alleged in your complaint?

Yes [X] No [X]

Do you claim punitive monetary damages?

Yes [X] No [ ]

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

All damages Im claiming are entitled for removing a child without an emergency or a proper court order violates a family's right to due process, Next Using excessive force in the claim physically assaulting a mother during the removal. And absolute unreasonable seizure violation of bodily integrity, retalitory custody acts and systematic corruption, attempting extortion of custodial mother of Now 7 children. Amounting 15 Million dollars. entitled to recov these damages for Mother an Children, violation right to due process.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 9th day of September, 20 26.

Signature of Plaintiff(s) [signature]